UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STEWART, | No. 2:16-cv-0447 KJM CKD P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| ROMERO, et al., | |
| Defendants. | |

On March 24, 2016, the court ordered that, within 30 days, plaintiff submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of plaintiff's complaint in support of his request to proceed in forma pauperis. Plaintiff was warned that failure to do so would result in dismissal. Plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 10, 2016

                                                                                                     
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] stew0447.fnrs