UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STEWART, | No. 2:16-cv-0447 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| ROMERO, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On July 20, 2016, plaintiff filed a document in which he indicates that officials at his prison refuse "to honor [plaintiff's] status as a priority legal user." He seeks an order "so that [he] may prepare [his] case." Plaintiff has already filed a complaint in this action which now stands submitted to the court for screening under 28 U.S.C. § 1915A. Plaintiff need take no further with respect to this case until the complaint is screened.

/////
/////
/////
/////
/////
/////

1 | Accordingly, IT IS HEREBY ORDERED that the request filed by plaintiff on July 20, 2016 (ECF No. 12) is denied.

Dated: January 18, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
stew0447.plu