UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STEWART,<br><br>        Plaintiff,<br><br>   v.<br><br>ROMERO, et al.,<br><br>        Defendants. | No. 2:16-cv-0447 KJM CKD P<br><br><br>ORDER |

Plaintiff has filed a document indicating he never received the court's May 31, 2017 order. Good cause appearing, IT IS HEREBY ORDERED that:

    1. The court's July 7, 2017 findings and recommendations are vacated.

    2. The Clerk of the Court is directed to re-serve the court's May 31, 2017 order upon plaintiff. With the order, the Clerk shall include five USM-285 forms, one summons, an instruction sheet and a copy of plaintiff's complaint.

/////
/////
/////
/////
/////
/////

3. Plaintiff is granted 30 days to comply with the May 31, 2017 order. Failure to comply with the May 31, 2017 order within 30 days will result in a recommendation that this action be dismissed.

Dated: August 8, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
stew0447.36